UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**TYRONE EARL WALTON**,　　　　　　　　　　Case No. 2:14-cv-00626-KI

　　　　　Plaintiff,　　　　　　　　　　　　　　JUDGMENT

　　v.

**NICOLAS F. ARRENDONDO, MD,**
**medical surgeon; being sued individually**
**and in his official capacity**,

　　　　　　Defendant.

　　Tryone Earl Walton
　　#4421385
　　82911 Beach Access Rd.
　　Umatilla, OR 97882

　　　　　Pro se Plaintiff

　　Christopher J. Mertens
　　Miller, Mertens & Comfort, PLLC
　　1020 N. Center Parkway, Suite B
　　Kennewick, WA 99336

　　　　　Attorney for Defendant

Page 1 - JUDGMENT

KING, Judge:

BASED ON THE RECORD, this case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this ___20th___ day of January, 2016.

                                                /s/ Garr M. King
                                                Garr M. King
                                                United States District Judge